COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER ON MOTION FOR RECONSIDERATION EN BANC

Appellate case name:      Claudia Kristine Esquivel v.  The State of Texas

Appellate case number:    01-16-00301-CR

Trial court case number:  14CR1878

Trial court:              212th District Court of Galveston County

Date motion filed:        October 16, 2017

Party filing motion:      Appellant

The motion for reconsideration en banc is **DENIED.**

Judge's signature: /s/Michael Massengale

☐ Acting Individually ☒ Acting for the Court

En banc court consists of: Chief Justice Radack and Justices Jennings, Keyes, Higley, Bland, Massengale, Brown, Lloyd, and Caughey

Justice Jennings, joined by Lloyd, J., concurring in the denial of en banc reconsideration with separate opinion.

Justice Lloyd, joined by Jennings, J., concurring in the denial of en banc reconsideration with separate opinion.

Date: January 25, 2018